**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MINERO DIGITAL, LLC,** | |
|     **Plaintiff,** | |
|     **v.** | **CIVIL ACTION NO.: 2:15-cv-784** |
| **SABRENT USA,** | |
|     **Defendant.** | **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Minero Digital, LLC voluntarily dismisses Defendant Sabrent USA without prejudice. The opposing party has not served an answer or a motion for summary judgment.

September 4, 2015

Respectfully Submitted,

By:  /s/ Ronald W. Burns
    Ronald W. Burns
    Texas State Bar No. 24031903
    Ronald W. Burns, Esq.
    15139 Woodbluff Drive
    Frisco, Texas  75035
    Phone:  972-632-9009
    rburns@burnsiplaw.com

    **ATTORNEY FOR PLAINTIFF
    MINERO DIGITAL, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 4th day of September, 2015.

/s/ Ronald W. Burns
Ronald W. Burns, Esq.